Donald G. BRYANT, Plaintiff—
Appellant,

v.

Jo Anne B. BARNHART, Commissioner
of Social Security, Commissioner, So-
cial Security Administration, Defen-
dant—Appellee.

No. 04–2326.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 16, 2005.

Decided: April 1, 2005.

Donald G. Bryant, Appellant pro se.

Patricia McEvoy Smith, Assistant Regional Counsel, Nicole Appalucci Schmid, Social Security Administration, Philadelphia, Pennsylvania, for Appellee.

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donald G. Bryant appeals the district court's order adopting the proposed findings and recommendation of a magistrate judge and affirming the final decision of the Commissioner of the Social Security Administration that Bryant is not entitled to disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bryant v. Barnhart,* No. CA–03–2135–2 (S.D.W.Va. Sept. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*